# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ROTHSCHILD PATENT IMAGING LLC, § <br> § <br> Plaintiff, § <br> § <br> vs. § <br> § <br> HONEYWELL INTERNATIONAL, INC. § <br> § <br> Defendant. § <br> _____ § | Case No: 2:17-cv-399 |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

On this date, the Court considered Plaintiff Rothschild Patent Imaging LLC's motion to dismiss without prejudice Defendant pursuant to Fed. R. Civ. P. 41 (a)(1)(A)(i).

Therefore, IT IS ORDERED that Plaintiff's claims against Honeywell International, Inc. are dismissed without prejudice with each party to bear its own fees and costs.

SO ORDERED.

**SIGNED this 21st day of June, 2017.**

*Robert W Schroeder III*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE